IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KYLE CHRISTIANSEN,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D21-1755
LT Case No. 2020-304419-CFDB

_____/

Decision filed July 12, 2022

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., COHEN and EDWARDS, JJ., concur.